UNITED STATES DISTRICT COURT

Jeffrey Delossantos
_____

(In the space above enter the full name(s) of the plaintiff(s).)

v.

Defendant No. 1  Officer Jessica Rodriguez
Shield #
Defendant No. 2  Officer Jerry Choi
Shield # unknown
Defendant No. 3
Defendant No. 4
Defendant No. 5

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. No addresses should be included here.)

12 CV. 8925 (WHP)
(AMENDED)
COMPLAINT

under the
Civil Rights Act, 42 U.S.C. § 1983

Jury Trial: Yes ✓ No ___
(check one)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/1/2013

RECEIVED
AUG - 1 2013
PRO SE OFFICE

I.   Parties in this complaint:

A.   List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name  Jeffrey Delossantos
             ID #  12A4955
             Current Institution  Queensboro Correctional Facility
             Address  47-04 Van Dam Street.
                      Long Island City, New York 11101

B.   List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

1

Defendant No. 1   Name JESSICA Rodriguez   Shield # 19713
Where Currently Employed 46th Precinct
Address 2120 RYER AVENUE
Bronx New York 10457

Defendant No. 2   Name Officer Jerry Choi   Shield # _____
Where Currently Employed UNKNOWN
Address UNKNOWN

Defendant No. 3   Name _____   Shield # _____
Where Currently Employed _____
Address _____

Defendant No. 4   Name _____   Shield # _____
Where Currently Employed _____
Address _____

Defendant No. 5   Name _____   Shield # _____
Where Currently Employed _____
Address _____

II.   Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   In what institution did the events giving rise to your claim(s) occur? _____
While under the care of NYPD

B.   Where in the institution did the events giving rise to your claim(s) occur? _____

C.   What date and approximate time did the events giving rise to your claim(s) occur? _____
December 11th 2009

2

D. Facts:

**What happened to you?**

ON DECEMBER 11th 2009 I WAS WAITING IN MY HALLWAY FOR A GUEST OF MINES WHEN I WAS APPROACHED BY two UNDERCOVER OFFICERS WHO ARRESTED ME for trespassing. I kept telling them that I live IN the Building And they Said that they Don't CARE, I WAS Still going to Jail

**Who did what?**

**Was anyone else involved?**

**Who else saw what happened?**

## III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _____

## IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act of 1995, 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ____   No ____

3

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). _____

_____

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ____   No ____   Do Not Know ✓

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____   No ____   Do Not Know ✓

If YES, which claim(s)? _____

D. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose not cover some of your claim(s)?

Yes ____   No ____   Do Not Know ____

If YES, which claim(s)? _____

E. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ____   No ✓

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____   No ✓

F. If you did file a grievance, about the events described in this complaint, where did you file the grievance? _____

1. Which claim(s) in this complaint did you grieve? N/A

2. What was the result, if any? N/A

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. N/A

4

G. If you did not file a grievance, did you inform any officials of your claim(s)?
Yes _____ No ✓
1. If YES, whom did you inform and when did you inform them? _____
   _____ N/A _____
   _____

2. If NO, why not? _____
   _____
   _____
   _____

I. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. _____
_____
_____
_____
_____
_____

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

## V. Relief:
State what you want the court to do for you. _____
_____
_____
_____
_____
_____
_____
_____
_____
_____

## VI. Previous lawsuits:

On these claims

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?
Yes ✓ No ✓

B. If your answer to A is YES, describe each lawsuit in questions 1 through 7 on the next page. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to this previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending? Yes ____ No ____

If NO, give the approximate date of disposition _____

7. What was the result of the case? (for example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

On other claims

D. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment? Yes ____ No ✓

E. If your answer to D is YES, describe each lawsuit in questions 1 through 7 on the next page. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to this previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit: _____

6. Is the case still pending? Yes ____ No ____

If NO, give the approximate date of disposition _____

7. What was the result of the case? (for example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

Signed this 29th day of July, 2013. I declare under penalty of perjury that the foregoing is true and correct.

                        Signature of Plaintiff    [signature]
                        Inmate Number      12A4955
                        Mailing address      Queensboro Corr. Fac.
                                                      47-04 Van Dam Street
                                                      Long Island City, N.Y. 11101

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 29th day of July, 2013, I will deliver this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

                                      Signature of Plaintiff: [signature]

rev. 09/04

**QUEENSBORO CORRECTIONAL FACILITY**
47-04 VAN DAM STREET
LONG ISLAND CITY, NEW YORK  11101-3081

NAME: Jeffrey DeJessertos   DIN: 12A4955

Pro-Se
08/01/13



ATTN: CLERKS OFFICE (WHP)
500 PEARL Street
New York N.Y. 10007

QUEENSBORO
★
CORRECTIONAL FACILITY

$ 02.56⁰  JUL 30 2013
MAILED FROM ZIP CODE 11101

LEGAL Mail

LEGAL Mail